```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOEL BURSTEIN, et al.         :     CIVIL ACTION
                              :
          v.                  :
                              :
SUN LIFE ASSURANCE COMPANY    :
OF CANADA (U.S.)              :     NO. 12-2494
```

ORDER

      AND NOW, this 14th day of August, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant to transfer venue to the United States District Court for the District of Massachusetts (Doc. #12) is DENIED.

                                            BY THE COURT:

                                            /s/ Harvey Bartle III
                                                                          J.