```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOEL BURSTEIN et al.         :    CIVIL ACTION
                             :
         v.                  :
                             :
SUN LIFE ASSURANCE COMPANY OF:
CANADA (U.S.)                :    NO. 12-2494
```

ORDER

AND NOW, this 6th day of May, 2013, it is hereby ORDERED that the motion of plaintiffs for leave to file a sur-reply in opposition to Sun Life's motion for summary judgment is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                        J.