```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOEL BURSTEIN et al.            :       CIVIL ACTION
                                :
         v.                     :
                                :
SUN LIFE ASSURANCE COMPANY OF   :
CANADA (U.S.)                   :       NO. 12-2494
```

ORDER

AND NOW, this 8th day of May, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Sun Life Assurance Company of Canada (U.S.) for summary judgment against plaintiffs (Doc. #28) is GRANTED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                   J.