```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOEL BURSTEIN et al.           :     CIVIL ACTION
                               :
          v.                   :
                               :
SUN LIFE ASSURANCE COMPANY OF  :
CANADA (U.S.)                  :     NO. 12-2494
```

JUDGMENT

AND NOW, this 8th day of May, 2013, it is hereby ORDERED that judgment is entered in favor of defendant Sun Life Assurance Company of Canada (U.S.) and against plaintiffs Joel Burstein and Elli Weinstein.

                                         BY THE COURT:


                                         /s/ Harvey Bartle III_____
                                                                            J.