UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JOEL BURSTEIN and ELLI WEINSTEIN,<br><br>        Plaintiffs,<br><br>   v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),<br><br>        Defendant. | № 2:12-cv-02494-HB |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Joel Burstein and Elli Weinstein, plaintiffs in the above named action, hereby appeal to the United States Court of Appeals for the Third Circuit from the Memorandum, Order, and Judgment entered in this action on May 8, 2013 (Documents 49, 50, and 51).

Dated:  June 5, 2013

/s Robert S. Kitchenoff
DAVID H. WEINSTEIN
ROBERT S. KITCHENOFF
LEILA E. ELY
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
weinstein@wka-law.com
kitchenoff@wka-law.com
ely@wka-law.com
215-545-7200

Attorneys for Plaintiffs
Joel Burstein and Elli Weinstein

**CERTIFICATE OF SERVICE**

     I hereby certify that on this date a true copy of the foregoing Notice of Appeal has been filed electronically and made available for viewing through and downloading from the Court's Electronic Case Filing System. Pursuant to Local Civil Rule 5.1.2, ¶ 8(a), all such papers have thereby been served electronically upon counsel for the Defendant in this action.

Dated:  June 5, 2013
                                      /s/ Robert S. Kitchenoff
                                      ROBERT S. KITCHENOFF
                                      WEINSTEIN KITCHENOFF & ASHER LLC
                                      1845 Walnut Street, Suite 1100
                                      Philadelphia, PA  19103
                                      kitchenoff@wka-law.com
                                      215-545-7200